UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**                **CASE NO.  6:23-CR-00165-01**

**VERSUS**                                  **JUDGE S. MAURICE HICKS, JR.**

**MONTEL JOSEPH WILRIDGE (01)**             **MAGISTRATE JUDGE DAVID J. AYO**

MINUTES OF COURT:
Detention Hearing

| Date: | 10/10/2023 | Presiding: Magistrate Judge David J. Ayo | |
|---|---|---|---|
| Court Opened: | 1:30 PM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 3:48 PM | Court Reporter: | LCR |
| Statistical Time: | 02:18 | Courtroom: | CR4 |
| | | Probation Officer: | Justin Opdenhoff |

**APPEARANCES**

| Casey Richmond   (AUSA) | For | United States of America |
|---|---|---|
| Aaron Albert Adams   (AFPD) | For | Montel Joseph Wilridge (01), Defendant |
| Montel Joseph Wilridge (01) | | Defendant |

**PROCEEDINGS**

Defendant Appeared With Counsel
Detention Hearing Held

Testimony received from witnesses listed on the attached witness list
Argument received from counsel

**ORDER:**

The Court finds that Presumption has been rebutted. However, based on the testimony and pretrial services report, the Court finds that there is probable cause to detain the defendant. IT IS ORDERED the defendant is hereby detained.

Defendant ordered detained and remanded to the custody of the U.S. Marshal Service pending trial.

**FILINGS:**
Order of Detention Pending Trial signed (AO472)
Witness List