# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**              **CASE NO. 6:23-CR-00165-01**

**VERSUS**                                 **JUDGE S. MAURICE HICKS, JR.**

**MONTEL JOSEPH WILRIDGE (01)**            **MAGISTRATE JUDGE DAVID J. AYO**

## MINUTES OF COURT:
### Change of Plea

| | | | |
|---|---|---|---|
| Date: | 12/8/2023 | Presiding: | Magistrate Judge David J. Ayo |
| Court Opened: | 11:06 AM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 11:29 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 00:23 | Courtroom: | CR7 |
| | | Probation Officer: | Jessica Hebert |

## APPEARANCES

| | | |
|---|---|---|
| Casey Richmond (AUSA) | For | United States of America |
| Aaron Albert Adams (AFPD) | For | Montel Joseph Wilridge (01), Defendant |
| Montel Joseph Wilridge (01) | | Defendant |

## PROCEEDINGS

**BEFORE PROCEEDINGS:**
Defendant in Custody

**CHANGE OF PLEA:**
Defendant under Oath
Reading Waived
Defendant Advised of Charges, Maximum Penalties, & Rights
Defendant Acknowledged Understanding of the Charge and the Maximum Penalty & Rights
Defendant Advised of His Right to Trial
Defendant Entered a Plea of Guilty to **Count(s) 1,3** of the Indictment
Defendant Advised of Rule 11 Rights

**RULING:**
For those reasons assigned orally, it is recommended that the plea of guilty be accepted.

IT IS ORDERED that a special assessment of $100, is imposed on the defendant pursuant to 18 U.S.C. §3013 is payable immediately.

IT IS FURTHER ORDERED that the Clerk of Court shall accept the defendant's payment of the special assessment, any fine and/or restitution prior to the sentencing in this case.

IT IF FURTHER ORDERED that any restitution paid will be held by the Clerk of Court and not dispersed to the victim(s) until the defendant has been sentenced and judgment has been entered.

IT IS FURTHER ORDERED that a pre-sentence investigation report be prepared.

IT IS FURTHER ORDERED the court reporter file the transcript into the record and submit a copy to Judge Hicks and Magistrate Judge Ayo.

IT IS FURTHER ORDERED the clerk is to notify both parties of the filing of the transcript. A written report and recommendation to Judge Hicks will follow.

**<u>WAIVER</u>:**
Defendant waived his right to file an objection to Report and Recommendation.

**<u>NEXT</u>:**
Sentencing set for 3/12/2024 at 1:30 PM in Courtroom 4 Lafayette, LA, before Judge Hicks.

**<u>RELEASE</u>:**
Defendant is remanded to the custody of the U.S. Marshal Service pending sentencing.

**<u>FILINGS</u>:**
Consent to Proceed Before Magistrate Judge and Waiver of Objection to Report and Recommendation
Elements of Offense
Affidavit of Understanding of Maximum Penalty and Constitutional Rights
Stipulated Factual Basis for Guilty Plea
Plea Agreement