# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:23-00165-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MONTEL JOSEPH WILRIDGE (01) | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Montel Joseph Wilridge, is **ACCEPTED** and he is fully adjudged guilty of the offenses charged in Counts 1 and 3 of the indictment, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, on this 27th day of February, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE